No. A–929. FRAZIER v. BARBERA. Munic. Ct., Pasadena Jud. Dist., Cal. Application for stay, addressed to MR. JUSTICE MARSHALL and referred to the Court, denied.

No. A–955. OLSON ET AL. v. UNITED STATES. C. A. 5th Cir. Application for stay, addressed to MR. JUSTICE BRENNAN and referred to the Court, denied.

No. D–160. IN RE DISBARMENT OF FODIMAN. Aaron R. Fodiman of Arlington, Va., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on February 26, 1979 [440 U. S. 932], is hereby discharged.

No. D–161. IN RE DISBARMENT OF BONG HYUN KIM. Bong Hyun Kim, of Chicago, Ill., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on February 26, 1979 [440 U. S. 933], is hereby discharged.

No. D–168. IN RE DISBARMENT OF POWELL. Paul Lee Powell, of Chicago, Ill., having requested to resign as a member of the Bar of this Court, it is ordered that his name be stricken from the roll of attorneys admitted to practice before the Bar of this Court. The rule to show cause, heretofore issued on April 23, 1979 [ante, p. 920], is hereby discharged.

No. 77–1546. STAFFORD, U. S. ATTORNEY, ET AL. v. BRIGGS ET AL. C. A. D. C. Cir. [Certiorari granted, 439 U. S. 1113]; and

No. 78–303. COLBY, DIRECTOR, CENTRAL INTELLIGENCE AGENCY, ET AL. v. DRIVER ET AL. C. A. 1st Cir. [Certiorari granted, 439 U. S. 1113.] Cases are restored to calendar for reargument. MR. JUSTICE MARSHALL dissents. MR. JUSTICE WHITE took no part in the consideration or decision of these orders.